# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | BENCH WARRANT FOR ARREST |
| vs. | |
| ROCKY CREED KELLY | CASE NO. 2:20-CR-0030-SCJ |
| | COPY: ORIGINAL DELIVERED TO USMS, Gvl, by CRD on 9/14/2022 |
| TO: The United States Marshal and any Authorized United States Officer | |

**YOU ARE HEREBY COMMANDED TO ARREST ROCKY CREED KELLY, by any and all means necessary, and take him into custody:**

❏ Indictment   ❏ Information   ❏ Complaint   ❏ **XX Order of Court**   ❏ Violation Notice

Charging him or her with (brief description of offense): **arrest pursuant to this Court's Order revoking bond for failure to appear for trial on September 14, 2022.**

| | |
|---|---|
| KEVIN P. WEIMER | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer | Date: September 14, 2022 at Gainesville, GA |
| | Date and Location |
| Bail Fixed at $ N/A | By: JUDGE STEVE C. JONES, USDC, NDGa |
| | Name of Judicial Officer |

# RETURN

This warrant was received and executed with the arrest of the above-named defendant as indicated below:

_____
Location of Arrest

Date Received: _____     _____
                                           Name and Title of Arresting Officer


Date of Arrest:_____     _____
                                           Signature of Arresting Officer

P:\CRIMINAL\Roland bench warrant.wpd
Rev: September 14, 2022